UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN A. DUARTE, | No. 2:15-cv-1902 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| JOE LIZZARAGA, | |
| Respondent. | |

Petitioner has requested an extension of time to file and serve objections to the October 27, 2016 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 31) is granted; and

2. Petitioner shall file and serve his objections on or before January 11, 2017.

Dated: December 22, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/mp
duar1902.111(4)