1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN A. DUARTE,                       No.  2:15-cv-01902-TLN-CKD

12                  Petitioner,

13          v.                               ORDER

14   JOE LIZZARAGA,

15                  Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On October 27, 2016, the Magistrate Judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within fourteen days.  (ECF No. 27.)

23   Petitioner has filed objections to the findings and recommendations.  (ECF No. 33.)

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   Court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   /////

                                            1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed October 27, 2016, (ECF No. 27) are adopted in full; and

2.  Petitioner's motion for stay (ECF No. 21) is denied; and

3.  Petitioner is granted thirty days to file a reply to Respondent's answer to the first amended petition.

Dated: February 27, 2017

Troy L. Nunley
United States District Judge

2